**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ ___3rd MMM___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ADEL EZZELDIN**          JOINT DEBTOR: _____          CASE NO.: **15-27133-JKO**
Last Four Digits of SS# __0137__          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $__1265.86__ for months __1__ to __2__ ;
  B.   $__1477.85__ for months __3__ to __36__ ;
  C.   $_____ for months _____ to _____ ; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 5250.00 ($2000 for Ch. 13 + $2500 for MMM)   TOTAL PAID $ __1010.00__
                    Balance Due    $__4240.00__  payable $__127.78__/month (Months __1__ to __2__)
                                                          $__185.50__/month (Months __3__ to __23__)
                                                          $__88.90__/month (Months __24__ to ____)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Ditech Financial LLC__            Arrearage on Petition Date   $_____
Address: __PO Box 6154__               Arrears Payment    $_____/month (Months ____ to ____)
         __Rapid City, SD 55709-6154__ MMM Payment        $ 1023.00 /month (Months __1__ to __36__)
Account No: __2265__

2. __Pierpoint Four Homeowners Assoc Inc.__   Arrearage on Petition Date $ __-0-__
Address: __c/o Landmark Management Svcs.__    Regular Payment $ -0- /month (Months 1 to 2) **(Oct., Nov. 2015**
         __1941 NW 150th Avenue__             **payments paid directly to creditor by debtor post-petition)**
         __Pembroke Pines, FL 33028__         Regular Payment $ 135.00/month (Months 3 to 36)
 Account No.: __unknown__

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWHEQ Revolving Home Equity Loan Trust, Series 2007-B  Acct No. 2769 | 11970 NW 12th Street, Pembroke Pines, FL 33026 $252,000.00 | N/A | N/A | N/A | Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1._____   Total Due    $_____
                            Payable  $_____/month (Months____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ __-0-__ /month (Months __1__ to __23__ ; $ 87.05/month (Months __24__ ); $ 185.50/month (Months __25__ to __36__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.


LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

**Other Provisions Not Included Above:** The Debtor has filed a Verified Motion for Referral to **MMM** with **DITECH FINANCIAL LLC ("LENDER")**, **LOAN NUMBER 2265 for REAL PROPERTY LOCATED AT 11970 NW 12 Street, Pembroke Pines, FL 33026**. The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, **THE DEBTOR HAS INCLUDED A POST-PETITION PLAN PAYMENT, ABSENT COURT ORDER TO THE CONTRARY, OF EITHER THE REGULAR MORTGAGE PAYMENT OR NO LESS THAN 31% OF THE DEBTOR'S GROSS MONTHLY INCOME, WHICHEVER IS LOWER, AS A GOOD FAITH ADEQUATE PROTECTION PAYMENT TO THE LENDER.** All payments shall be considered timely upon receipt by the trustee and not upon receipt by the LENDER.

Until MMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

If the Debtor, co–obligor/co–borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending MMM, **THE DEBTOR WILL FILE A MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH LENDER NO LATER THAN 14 CALENDAR DAYS FOLLOWING SETTLEMENT**.

Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

approved by the Court, the Debtor shall immediately amend or modify the Plan to reflect the settlement and the LENDER shall amend its Proof of Claim to reflect the settlement, as applicable.

IF a settlement is reached after the plan is confirmed, the **DEBTOR WILL FILE A MOTION TO MODIFY THE PLAN NO LATER THAN 30 CALENDAR DAYS FOLLOWING APPROVAL OF THE SETTLMENT BY THE COURT AND THE LENDER SHALL HAVE LEAVE TO AMEND ITS PROOF OF CLAIM TO REFLECT THE SETTLEMENT REACHED AFTER CONFIRMATION OF THE PLAN.** The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event the Debtor receives any financial benefit from the LENDER as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

**IF THE LENDER AND THE DEBTOR FAIL TO REACH A SETTLEMENT, THEN NO LATER THAN 14 CALENDAR DAYS AFTER THE MEDIATOR'S REPORT IS FILED, THE DEBTOR WILL AMEND OF MODIFY THE PLAN TO (A) TO CONFORM TO THE LENDER'S PROOF OF CLAIM (IF THE LENDER HAS FILED A PROOF OF CLAIM) OR (B) PROVIDE THAT THE REAL PROPERTY WILL BE SURRENDERED.** If the amended of modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have *in rem* relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, LENDER may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Adel Ezzeldin*
ADEL EZZELDIN, Debtor
Date: 01/29/2016

LF-31 (rev. 01/08/10)