UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale**
www.flsb.uscourts.gov

In re: **ADEL EZZELDIN**,   Case No. 15-27133-JKO
                            Chapter 13

_____Debtor (s)_____/

*EX PARTE*
**MOTION TO APPROVE LOAN MODIFICATION AGREEMENT
WITH DITECH FINANCIAL LLC (LENDER)
AND CERTIFICATE OF SERVICE**

The above-referenced Debtor, ADEL EZZELDIN, requests the Court enter an Order approving Loan Modification Agreement with DITECH FINANCIAL LLC ("Lender") and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on December 8, 2015 [DE 25].

2. The mediator filed his final report on August 31, 2016 [DE 58].

3. The Debtor has agreed to a trial period payment (TPP) with Lender.

4. Attached as Exhibit "A" is a TPP Agreement setting forth the terms of the agreement (with all personal identifiers redacted).

5. The Debtor shall modify the last filed chapter 13 plan on or before September 16, 2016 to provide for direct payments to Lender.

**WHEREFORE,** the Debtor requests the Motion to Approve Loan Modification Agreement with Lender be granted and for such other and further relief as this Court deems proper.

Dated:  August 31, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of Motion to Approve Loan Modification Agreement with Ditech, was served on the parties listed below on August 31, 2016, as follows:

***By Electronic Mail:***

*Office of the US Trustee*
USTPRegion21.MM.ECF@usdoj.gov

*Robin R Weiner*
ecf@ch13weiner.com;ecf2@ch13weiner.com

***Copies to:***

Timothy D. Padgett, PA
Attn. Evan S. Singer, Esq.
c/o Ditech Financial, LLC.
ess@padgettlaw.net

 

          **MARY JO RIVERO, P.A.**
          Attorney for Debtor
          1806 N. Flamingo Road, Suite 355
          Pembroke Pines, FL 33028
          Phone: (954) 704-9332
          Fax: (954) 704-2388
          ecf@maryjorivero.com

          By: */s/ Mary Jo Rivero*
            Mary Jo Rivero
            FBN 745870

# EXHIBIT A

**Your client may be able to make their payments more affordable!**
**Call 1-800-643-0202 for Immediate Assistance.**



Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172
Phone: 1-800-643-0202
www.ditech.com

June 14, 2016

MARY JO
RIVERO
1806 N FLAMINGO RD
STE 355
PEMBROKE PINES, FL 33028

Re:   Ditech Financial LLC, ("Ditech")
      Customer Name: ADEL EZZELDIN
      Account Number:          560
      Property Address: 11970 NW 12TH ST
                        PEMBROKE PINES, FL 33026

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THEY DISCHARGED THIS DEBT IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear RIVERO:

We want to continue to work with your client to modify your client's mortgage and help make their payments more affordable.

**Fannie Mae Modification**

The good news - your client may be eligible for a modification offered by Fannie Mae (the owner of your client's account). This modification is designed for customers, like your client, who for some reason did not meet all of the eligibility criteria for a permanent modification under the government's Home Affordable Modification Program (HAMP), or were unable to successfully make payments under a HAMP modification or another modification.

With this modification, your client will be required to make new affordable payments during a trial period. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that your client understands and takes all the necessary steps to modify their mortgage payments.

---

560                                ABK                                5/12/2015
Mod TPP Notice                                                       LTR-1038

2016061416.1.1.3555-N20150825N



**What your client needs to do...**
To accept this offer, your client must make their first monthly "trial period payment" under their Trial Period Plan (described below). To qualify for a permanent modification, <u>your client must make the trial period payments in a timely manner as specified below - instead of their normal monthly mortgage payments</u>.

To qualify for a permanent modification, your client must make the trial period payments as follows:

|  **Trial Period Plan** |
| --- |
| 1st payment:   $1,812.59 by 07/01/16 |
| 2nd payment:   $1,812.59 by 08/01/16 |
| 3rd payment:   $1,812.59 by 09/01/16 |

Please note that your client has the ability to prepay their mortgage account. There are no restrictions or penalties associated with paying more than the amount due.

After all trial period payments are timely made, and your client has met any other applicable qualification requirements, your client's mortgage will be permanently modified. (Your client's existing account and account requirements remain in effect and unchanged during the trial period.) If your client's last trial period payment is made in the last half of the month it is due, we may elect to extend their Trial Period Plan by an extra month.

**If each payment is not received by Ditech in the month in which it is due, your client will no longer be eligible for a modification and their account will not be modified.** Furthermore, if your client fails to comply with the requirements of their Trial Period Plan or if the account becomes delinquent after it is permanently modified, they may not be eligible for another mortgage account modification.

If your client has any questions or if they cannot afford the trial period payments shown above but want to keep their home, or if your client has decided to leave their home please call us at **1-800-643-0202** as we may be able to help your client. (Also, please review the attached "Frequently Asked Questions.")

Ditech has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: PO Box 6176, Rapid City, SD 57709-6176.

Sincerely,

Ditech
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., Saturday 7 a.m. to 1 p.m. CST

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices

1560　　　　　　　　　　　　　　　ABK　　　　　　　　　　　　　　　5/12/2015
Mod TPP Notice　　　　　　　　　　　　　　　　　　　　　　　　　　　LTR-1038

2016061416.1.1.3555-N20150825N



# FREQUENTLY ASKED QUESTIONS
Get the answers you need to some of the most common questions.

**Q.  What is a Fannie Mae Modification?**

A Fannie Mae Modification offers your client the ability to *permanently* modify their account-helping to make your client's mortgage more affordable for the life of the account. This modification was created as an additional modification option, and is available to certain customers who either did not qualify for a modification under the Home Affordable Modification Program (HAMP), or were unable to successfully make payments under a HAMP modification or other modification. With a Fannie Mae Modification, your client still has an opportunity to modify their account provided your client successfully completes a trial period.

**Q.  Why are you offering my client this option?**

Because your client was unable to qualify for a HAMP modification or were unable to successfully make payments under HAMP, we want to continue to work with your client to determine a long-term solution. We know many homeowners are struggling with their mortgage payments and need assistance. That's why we are offering your client the opportunity to qualify for a Fannie Mae Modification. Our goal is to help make your client's mortgage more affordable, and most importantly, help your client keep their property.

**Q.  What are the benefits of a Fannie Mae Modification?**

A Fannie Mae Modification offers your client a permanent long-term solution to make their mortgage more affordable.

**Q.  If my client didn't qualify for a permanent modification under HAMP, will my client qualify for a Fannie Mae Modification?**

The requirements for a Fannie Mae Modification have been designed specifically to assist customers like your client, who were unable to qualify for a permanent modification through HAMP or who were not able to successfully make payments on a prior modification.

**Q.  Will my client still receive incentive compensation like the HAMP program provides?**

No. A Fannie Mae Modification does not offer incentive compensation for customers. The customer incentive compensation is only available to customers who were eligible/qualified for a permanent modification under HAMP.

**Q.  Is there a trial period my client has to complete?**

Yes. There is a trial period for the Fannie Mae Modification. Your client will be required to complete a trial period prior to entering into a permanent Modification Agreement. Your client's account will not be permanently modified until your client successfully completes the Trial Period Plan and your client enters into a Modification Agreement.

**Q.  Why is there a trial period?**

The trial period offers your client immediate payment relief and gives your client time to make sure they can manage their new monthly mortgage payment. Note: This is only a temporary Trial Period Plan. Your client's existing account and account requirements remain in effect and unchanged during the trial period.

**Q.  When are my client's trial period payments due?**

Your client's payment amount and the day each month that their payment is due during the trial period is outlined on page 1 and/or page 2 of this package under the heading "Trial Period Plan."

1560  
Mod TPP Notice

ABK

5/12/2015  
LTR-1038

2016061416.1.1.3555-N20150825N



**Q. What happens if my client can't afford the new payments?**

If your client does not make the specified trial period payments in full in the month when due, your client will not qualify for a permanent modification and will not be allowed to enter into a permanent Modification Agreement. If your client successfully completes the trial period and enters into a Modification Agreement, your client will no longer be eligible for the modified payment terms if your client is 60 days late within the first 12 months of the permanent modification. If that occurs, we will look at other options to resolve their mortgage (a short sale, deed-in-lieu).

**Q. What happens if my client misstates or misrepresents their information/documentation?**

If your client has intentionally misrepresented any fact(s) in connection with any of the documentation your client submitted to demonstrate their status, financial information or hardship, the Trial Period Plan and any Modification Agreement may be cancelled. Additionally, knowingly submitting false information may violate Federal law.

**Q. What else should my client know about this offer?**

- Your client will not be charged any fees for this Trial Period Plan or final modification.
- If your client's account is modified, we will waive all unpaid late charges.

**Q. How was my client's new payment in the trial period determined?**

Your client's trial period payment is based upon a variety of factors including their verified income, current value of their property, unpaid account balance and amounts past due. In addition, if your client's existing payment includes mortgage insurance premiums, this amount will also be added to their payment during the trial period and after their account is modified. If your client currently pays condominium or homeowner's association fees, your client must continue to pay those fees during the trial period and after their account is modified. The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums, and other permissible escrow fees based on our recent analysis of these costs. Your client's modified monthly payment may change, if their property taxes and insurance premiums change, as permitted by law. If your client did not have an escrow account before, your client will be required to establish an escrow account for the payment of such escrow amounts. The timing of your client's tax and insurance bills may require that your client make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your client's account has an escrow shortage of **$3,892.12**; this can either be paid in a lump sum when the account is modified or over the next **5** years (or **60** months). If your client wishes to pay the total shortage as a lump sum, please contact us at **1-800-643-0202**.

**Q. When will my client know if their account can be modified permanently and how will the modified account balance be determined?**

As long as your client has met all of the applicable qualification requirements, once your client makes all of their trial period payments on time we will send your client a Modification Agreement detailing the terms of the modified account. The Modification Agreement will become effective once your client and we have signed it. Any difference between the amount of the trial period payments and their regular mortgage payments will be added to the balance of their account along with any other past due amounts as permitted by their account documents. While this will increase the total amount of the account balance, it should not significantly change the amount of their modified mortgage payment.

**Q. Will my client's interest rate and principal and interest payment be fixed after my client's account is permanently modified?**

Once your client's account is modified, their interest rate and monthly principal and interest payment will be fixed for the life of their mortgage. Your client's new monthly payment will also include an escrow for property taxes, hazard insurance and other escrowed expenses. Ditech will separately notify your client of the escrow amount to include

1560  
Mod TPP Notice  

ABK  

5/12/2015  
LTR-1038  

2016061416.1.1.3555-N20150825N



with their monthly payment. If the cost of their homeowners insurance, property tax assessment or other escrowed expenses increases, their monthly payment will increase as well.

1560
Mod TPP Notice

ABK

5/12/2015
LTR-1038

2016061416.1.1.3555-N20150825N



## Additional Trial Period Plan Information and Legal Notices

The terms of this offer are accepted and the terms of your client's Trial Period Plan are effective on the day your client makes their first trial period payment, provided your client has paid it on or before **07/01/2016**. By accepting this offer, your client and we agree that:

**If your client's monthly payment did not include escrows for taxes and insurance, your client is now required to establish an escrow account for these items.**

- Your client agrees that any prior waiver that allowed your client to pay directly for taxes and insurance is revoked. Your client agrees to establish an escrow account and to pay required escrows into that account.

**Your client's current security documents remain in effect; however, your client may make the trial period payments instead of the payments required under the terms of the security documents.**

- Your client agrees that all terms and provisions of their current mortgage note and mortgage security instrument remain in full force and effect and your client will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of those terms contained in the security documents.

**The Trial Period Plan notice will be rescinded if an error is detected.**

- Your client agrees that if an error in the terms of the Trial Period Plan or their eligibility is detected after issuance of the Trial Period Plan notice, the Trial Period Plan will be void and of no legal effect upon notice to your client of such error. Your client understands that a corrected Trial Period Plan will be provided to them if it is determined that your client remain eligible for a modification after correction of the error.

1560
Mod TPP Notice

ABK

5/12/2015
LTR-1038

2016061416.1.1.3555-N20150825N



Imb Tracking Number: 00040000745199337848330280000080



Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172
Phone: 1-800-643-0202
www.ditech.com

June 14, 2016

MARY JO
RIVERO
1806 N FLAMINGO RD
STE 355
PEMBROKE PINES, FL 33028

Re:   Ditech Financial LLC, ("Ditech")
      Customer Name: ADEL EZZELDIN
      Account Number:     1560
      Property Address: 11970 NW 12TH ST
                                PEMBROKE PINES, FL 33026

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THEY DISCHARGED THIS DEBT IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear RIVERO:

Congratulations! Your client was approved for a modification Trial Period Plan. As part of Ditech's continued commitment to provide our customers with a clear understanding of the terms of their loss mitigation offer, the terms of the proposed modification are listed below.

      **THESE ARE NOT YOUR CLIENT'S FINALIZED MODIFICATION TERMS AND ARE SUBJECT TO CHANGE.**

| PROPOSED MODIFICATION INFORMATION |
|---|
| **The fields below describe the proposed modification that was calculated by Ditech according to the program guidelines (subject to investor restrictions) that were used in your client's evaluation. If more than one amortization term was listed on your client's modification Trial Period Plan, please note that this summary was created based upon the terms that provide the lowest principal and interest payment amount. These terms are not the final modification terms and may be subject to change when the final modification calculations are completed.** |

1560                                          ABK                                        10/2/2015
Proposed Modification Terms at TPP                                                                       LTR-735
                                                  2016061416.1.1.3555-N20150825N

| 1. Unpaid Principal Balance of the Proposed Modification (Net of Forbearance & Principal Reduction) | This field identifies the beginning principal balance on which your client would have been required to pay interest if they had received a modification. | $469,706.31 |
|---|---|---|
| 2. Interest Rate of the Proposed Modification | This field identifies the starting interest rate of the proposed modified mortgage. | 3.625% |
| 3. Amortization Term of the Proposed Modification | This field identifies the number of months left to pay the proposed modified mortgage. | 480 |
| 4. Principal and Interest Payment of the Proposed Modification | This field identifies the amount of the monthly principal and interest payment on the proposed modified mortgage. | $1,298.49 |
| 5. Principal Forbearance Amount of the Proposed Modification | This field identifies the amount of principal your client's investor may be willing to forbear on the proposed modified mortgage. Your client will still owe this amount, but they will not be charged interest on it and no payments will be due on this amount until your client paid off their account. | $140,911.89 |
| 6. Principal Forgiveness Amount of the Proposed Modification | This field identifies the amount of principal your client's investor is willing to forgive under the proposed modified mortgage. | $0.00 |

If you or your client wish to discuss your client's account or have any other questions, please contact your client's account representative.

Your client's assigned account representative is ERIC C at 1-800-643-0202, extension 85588; Ditech has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: PO Box 6176, Rapid City, SD 57709-6176.

Sincerely,

Ditech
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., Saturday 7 a.m. to 1 p.m. CST

1560
Proposed Modification Terms at TPP

ABK

2016061416.1.1.3555-N20150825N

10/2/2015
LTR-735

Imb Tracking Number: 00040000745199337848330280000080



Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172
Phone: 1-800-643-0202
www.ditech.com

June 14, 2016

MARY JO
RIVERO
1806 N FLAMINGO RD
STE 355
PEMBROKE PINES, FL 33028

Re:   Ditech Financial LLC, ("Ditech")
      Customer Name: ADEL EZZELDIN
      Account Number:      1560
      Property Address: 11970 NW 12TH ST
                       PEMBROKE PINES, FL 33026

**THIS INFORMATIONAL NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR CLIENT IS CURRENTLY IN BANKRUPTCY OR THEY DISCHARGED THIS DEBT IN A BANKRUPTCY, THE SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DEBT AS THEIR PERSONAL LIABILITY.**

Dear RIVERO:

Congratulations! Your client was approved for a modification Trial Period Plan under the following program: Fannie Mae Modification Trial Workout Plan. While your client's account has been approved for a modification Trial Period Plan, Ditech is required to advise your client of any other modification programs that your client may have been reviewed for or that have been available to them if their account was not approved for the above-mentioned program.

Your client was evaluated for mortgage payment assistance based upon the eligibility requirements of Fannie Mae, the owner of your client's mortgage account, and your client must meet their program eligibility requirements to qualify for mortgage assistance.

Based on a careful review of the information your client provided to us, Ditech (and in limited circumstances, Fannie Mae) has determined your client is not eligible for the modification program(s) listed below:

Your client was found to be ineligible for Fannie Mae MyCity Modification Trial Workout Plan due to the following reason(s):

---

1560                                    ABK                                    12/23/2015
Waterfall Denial for Approved TPP Letter                                       LTR-1003

2016061416.1.1.3555-N20150825N



> Ineligible for MyCity Modification; the property is not located in the designated eligibility area and therefore is not eligible for the program.

Your client was also found to be ineligible for Fannie Mae Home Affordable Modification Trial Plan (HAMP) due to the following reason(s):

> We are unable to offer your client a Fannie Mae Home Affordable Modification because your client's current monthly housing expense, which includes the monthly principal and interest payment on your client's first lien mortgage account plus property taxes, hazard insurance premiums and homeowner's dues (if any), is less than or equal to 31% of their gross monthly income (your client's income before taxes and other deductions). Your client's gross monthly income was verified as $3,842.86.

Your client was also found to be ineligible for Fannie Mae Modification 24 Trial Workout Plan due to the following reason(s):

Your client was also found to be ineligible for Fannie Mae Capitalize and Extend (Term) Modification Trial Workout Plan due to the following reason(s):

> Ineligible for Cap and Extend Modification; accounts cannot be more than 6 months delinquent to be eligible.
>
> The hardship is not temporary or has not been resolved.

Because your client was approved for a loss mitigation option, their account was not reviewed for any option(s) ranked below the one for which they were approved. Your client was not reviewed for the following program(s):

- Fannie Mae Streamlined Modification Trial Workout Plan
- Short Sale
- Mortgage Release ("Deed-In-Lieu")

Your client has the right to appeal this loss mitigation decision. If your client would like to appeal, they must contact us within 14 calendar days from the date of this notice and state they are requesting an appeal of this decision. For appeals requested in writing, your client must include their name, property address and mortgage account number. Your client may also specify the reasons for their appeal and provide any supporting documentation. Your client's right to appeal expires 14 calendar days from the date of this notice. Any appeal requests or documentation received after that date may not be considered. Please contact us 8 a.m. to 4 p.m. MST at 1-855-858-3873, or at the below-referenced mailing address and fax number.

Ditech Financial LLC
P.O. Box 6172
Mail Stop R299
Rapid City, SD 57709
1-855-895-4481

If your client elects to appeal, we will provide them with a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final and not subject to further appeal.

If your client elects to appeal, they do not have to accept the current loss mitigation offer. If your client waits to accept the current offer until after receiving our appeal decision, their account will become more delinquent. Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your client's mortgage account during the appeal. In that event, the payment amounts and due dates described within this letter may be adjusted or the amounts will be added to the balance of your client's account if permitted by applicable law.

It is your responsibility to contact Ditech to discuss your client's above-referenced account. If your client wishes to explore their options or has any other questions, please contact their account representative. Your client's assigned account representative is ERIC C at 1-800-643-0202, extension 85588.

---

| 1560 | ABK | |
|---|---|---|
| Waterfall Denial for Approved TPP Letter | | 12/23/2015 |
| | | LTR-1003 |

2016061416.1.1.3555-N20150825N



Our credit decision may have been based in part upon information obtained in a report from the below-referenced consumer reporting agency listed. Your client has the right under the Fair Credit Reporting Act to obtain a free copy of their report. Your client must request their free copy within 60 days of the date of this letter. Your client also has the right to dispute the information contained in their credit report with the credit reporting agency. The credit reporting agency did not make the decision regarding your client's ineligibility and is not able to provide them with specific reasons as to why they are not eligible for mortgage payment assistance.

| | |
|---|---|
| Credit Reporting Agency: | Trans Union Consumer Solutions |
| Reporting Agency Address: | P.O. Box 2000, Chester, PA 19022-2000 |
| Toll Free Number: | 1-800-916-8800 |
| Web Address: | http://annualcreditreport.transunion.com/entry/disputeonline |

We also obtained your client's credit score from this consumer reporting agency and used it in making our credit decision. Your client's credit score is a number that reflects the information in their consumer report. Your client's credit score can change, depending on how the information in their consumer report changes.

Your client's credit score: 513

Date: 05/18/2016

Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your client's credit score:

SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
TOO FEW ACCOUNTS CURRENTLY PAID AS AGREED
NO RECENT NON-MORTGAGE BALANCE INFORMATION
LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT

If your client has any questions regarding their credit score, they should contact Trans Union Consumer Solutions at:

| | |
|---|---|
| Address: | P.O. Box 2000, Chester, PA 19022-2000 |
| Telephone number: | 1-800-916-8800 |

Fannie Mae does not service your client's account. It is important that your client's monthly payments and all correspondence and inquiries concerning their mortgage be sent directly to Ditech and not to Fannie Mae. In the event your client finds it necessary to contact Fannie Mae, they may write to Fannie Mae at the following address:

Fannie Mae
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, which can be contacted at:

Federal Trade Commission

---

| 1560 | ABK | 12/23/2015 |
|---|---|---|
| Waterfall Denial for Approved TPP Letter | | LTR-1003 |

2016061416.1.1.3555-N20150825N



Imb Tracking Number: 00040000745199337848330280000080

Equal Credit Opportunity
Washington, DC 20580

Counseling is available at no charge from HUD-approved counselors through the HOPE Hotline: 1-888-995-HOPE. This housing counseling on-demand service is available 24-hours a day/7-days a week in Spanish and English (other languages available on request). Your client may also visit http://www.hud.gov/offices/hsg/sfh/hcc/fc/.

If you or your client have concerns about the evaluation of your client's mortgage for loss mitigation alternatives, then please contact ERIC C at 1-800-643-0202, extension 85588.

Ditech has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: PO Box 6176, Rapid City, SD 57709-6176.

Sincerely,

Ditech
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., Saturday 7 a.m. to 1 p.m. CST

1560                                              ABK                                                    12/23/2015
Waterfall Denial for Approved TPP Letter                                                                 LTR-1003

2016061416.1.1.3555-N20150825N

